JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendant FEDERAL DEPOSIT INSURANCE
CORPORATION, as RECEIVER for INDYMAC FEDERAL
BANK, FSB

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| AARON M. WILBURN; ANNA L. WILBURN,<br><br>           Plaintiffs,<br><br>      v.<br><br>INDYMAC BANK, F.S.B.; NDEX WEST, L.L.C.; INDYMAC FEDERAL BANK FSB SUCCESSOR BY MERGER TO INDYMAC BANK, F.S.B; ONEWEST BANK, FSB; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR7 UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2005; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR7 UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2005; and DOES 1-50 inclusive,<br><br>           Defendants. | CASE NO.    2:10-cv-03384-WBS-CMK<br><br>**ORDER GRANTING SUBSTITUTION OF FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB AND REQUEST FOR STAY**<br><br>CTRM:    5<br>JUDGE:    HONORABLE WILLIAM B. SHUBB |

1   THE COURT, having reviewed the Substitution Of Federal Deposit Insurance
2   Corporation, As Receiver For Indymac Federal Bank, FSB and the requested stay, and good cause
3   having been shown,

4   IT IS HEREBY ORDERED:

5   (1)   that the Federal Deposit Insurance Corporation, as Receiver for Indymac
6   Federal Bank ("FDIC as Receiver"), is substituted in for named defendants IndyMac Bank, F.S.B.
7   and IndyMac Federal Bank FSB Successor By Merger to IndyMac Bank, F.S.B.,

8   (2)   that all proceedings in this matter are stayed for ninety (90) days from the
9   date of this order, and

10  (3)   that all previous orders entered by the court in this action remain in full force
11  and effect.

12  IT IS SO ORDERED.

14  Dated:  December 22, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE