1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2  CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3813
   Telephone:   (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendant FEDERAL DEPOSIT INSURANCE
   CORPORATION, as RECEIVER for INDYMAC FEDERAL
6  BANK, FSB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AARON M. WILBURN; ANNA L. WILBURN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>INDYMAC BANK, F.S.B.; NDEX WEST, L.L.C.; INDYMAC FEDERAL BANK FSB SUCCESSOR BY MERGER TO INDYMAC BANK, F.S.B; ONEWEST BANK, FSB; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR7 UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2005; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR7 UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2005; and DOES 1-50 inclusive,<br><br>　　　　　Defendants. | CASE NO.   2:10-cv-03384-WBS-CMK<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO INDYMAC BANK, F.S.B., INDYMAC FEDERAL BANK FSB SUCCESSOR BY MERGER TO INDYMAC BANK, F.S.B. AND THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB**<br><br>CTRM:　　　5<br>JUDGE:　　 HONORABLE WILLIAM B. SHUBB |

1   This matter having come before the Court on Stipulation of the parties and good
2   cause appearing,
3   IT IS HEREBY ORDERED as follows:
4   The case is dismissed without prejudice as to IndyMac Bank, F.S.B., IndyMac
5   Federal Bank FSB Successor By Merger to IndyMac Bank, F.S.B. and the Federal Deposit
6   Insurance Corporation as Receiver for Indymac Federal Bank, FSB.  Each party to bear its own
7   costs.

Dated:  March 24, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE